# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SHANE KILLINGSWORTH, § § § Plaintiff, § § v. § § TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL., § § § Defendants. § | CIVIL ACTION NO. 6:16-CV-00706 |

## ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the complaint is **DISMISSED** without prejudice for failure to prosecute or to obey an order. FED. R. CIV. P. 41(b). All motions not previously ruled on are **DENIED**.

So Ordered and Signed

Jun 20, 2017

_____
Ron Clark, United States District Judge